DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MIRIAM ANI,**
Appellant,

v.

**CITY OF PARKLAND** and **PINE TREE WATER CONTROL DISTRICT,**
Appellees.

No. 4D14-3873

[June 1, 2016]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Dale Ross, Judge; L.T. Case No. CACE-11-009405 (08).

Andrew J. Rader of Cutler Rader, PL, Deerfield Beach, for appellant.

Lyman H. Reynolds, Jr., and George P. Roberts, Jr. of Roberts Reynolds Bedard & Tuzzio, PLLC, West Palm Beach, for appellee, City of Parkland.

PER CURIAM.

*Affirmed. See Feldman v. Kritch*, 824 So. 2d 274, 277 (Fla. 4th DCA 2002); *Ali R. Ghahramani, M.D., P.A. v. Pablo A. Guzman, M.D., P.A.*, 768 So. 2d 535, 537-38 (Fla. 4th DCA 2000).

GROSS, FORST and KLINGENSMITH, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***